| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | OCT 30 2017<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RYAN LEWIS,<br><br>            Plaintiff-Appellant,<br><br>  v.<br><br>TRAVERTINE, INC., DBA Travertine Elevator Compan, a corporation; et al.,<br><br>            Defendants-Appellees. | No.   17-56347<br><br>D.C. No.<br>2:17-cv-00016-CAS-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The conference previously scheduled for October 31, 2017, is canceled.

Pursuant to the stipulation of the parties (Docket Entry No. 4), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Roxane G. Ashe
Circuit Mediator


rga/mediation